AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dubina, Joel F | U.S. COURT OF APPEALS/11TH Cir | 05/07/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. CIRCUIT JUDGE--ACTIVE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Post Office Box 867<br>Montgomery, AL 36101-0867 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 16 A 10: 08 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer-seller (if private transaction) |
| 1. | I. JOEL F. DUBINA | | | | | | | | | |
| 2. | COMMON STOCKS: | | | | | | | | | |
| 3. | Insignia Finl Group Inc | A | Dividend | J | T | | | | | |
| 4. | Torchmark Corp | B | Dividend | L | T | | | | | |
| 5. | U.S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6. | Torchmark Cap. Tr. III Sec. | A | Dividend | J | T | | | | | |
| 7. | Money Market Funds $2,988.57 Sterne, Agee & Leach | A | Interest | J | T | | | | | |
| 8. | 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | See Section VIII. |
| 9. | 50% interest in land, Montgomery County, AL | | None | | | Gift | 12/31 | O | | See Section VIII. |
| 10. | 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 11. | II. TRUST ASSETS #1 | | | | | | | | | |
| 12. | Money Market Funds $285,337.04 Sterne, Agee & Leach | D | Interest | N | T | Buy | 3/31 | N | | |
| 13. | MUNICIPAL OBLIGATIONS: | | | | | | | | | |
| 14. | Alabama St Docks Fac Rv | B | Interest | | | Redemption | 10/1 | K | A | |
| 15. | Huntsville Al Hlth Rv | B | Interest | L | T | | | | | |
| 16. | Alabama Ind. Access R&B | B | Interest | K | T | | | | | |
| 17. | University AL Huntsville (X) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dubina, Joel F | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Huntsville AL Elec. Sys Rev Cpn 4% | B | Interest | L | T | | | | | |
| 19. Montgomery AL Tax CPN | B | Interest | L | T | | | | | |
| 20. COMMON STOCKS: | | | | | | | | | |
| 21. Abbott Lab | A | Dividend | | | Sell | 6/11 | K | E | |
| 22. BankAmerica Corp | A | Dividend | | | Sell | 8/1 | K | E | |
| 23. Coca Cola Co | A | Dividend | K | T | | | | | |
| 24. General Electric Co | C | Dividend | M | T | Partial Sale | 4/30 | L | E | |
| 25. Home Depot Inc | A | Dividend | | | Sell | 8/2 | K | E | |
| 26. Johnson & Johnson | B | Dividend | | | Sell | 2/27 | L | F | |
| 27. Pfizer Inc. | A | Dividend | | | Sell | 2/27 | K | | |
| 28. Torchmark Corp | C | Dividend | M | T | Partial Sale | 5/4 | L | F | |
| 29. Torchmark Corp. Tr. III Sec. | A | Dividend | J | T | | | | | |
| 30. Waddell & Reed Finl Inc Cl A | A | Dividend | | | Sell | 1/19 | K | E | |
| 31. Wrigley Wm Jr Co | A | Dividend | | | Sell | 1/19 | K | E | |
| 32. Integrity Life Ins Policy | A | Dividend | K | T | | | | | |
| 33. River Bank and Trust (X) | A | Dividend | K | T | | | | | |
| 34. Hospira, Inc. (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05 07 2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Chevron Energy Corp. | A | Dividend | | | Sell | 8/8 | K | D | |
| 36. Valero Energy Corp. | | None | | | Sell | 1/19 | K | | |
| 37. ATP Oil & Gas Corp. | A | Dividend | K | T | Buy | 4/24 | K | | |
| 38. Chicago Bridge & Iron | A | Dividend | | | Buy | 5/22 | K | | |
| 39. | | | | | Sell | 8/21 | K | | |
| 40. Electronic Arts, Inc. | A | Distribution | | | Buy | 4/20 | K | | |
| 41. | | | | | Sell | 7/17 | K | | |
| 42. Huntsville, AL Warrants Series A | A | Interest | L | T | Buy | 5/30 | L | | |
| 43. Irondale, AL Wts - Ser. D Ins. XLCA 4% | A | Interest | L | T | Buy | 9/28 | L | | |
| 44. Intermediate Mun. Tr Sh Ben. Int. | A | Interest | M | T | Buy | 9/24 | L | | |
| 45. | | | | | Buy | 11/06 | K | | |
| 46. Kraft Foods, Inc. | A | Dividend | K | T | Buy | 4/17 | K | | |
| 47. Monsanto Co. | A | Dividend | K | T | Buy | 6/26 | K | | |
| 48. Opp, AL Wts FSA B/E Cpn | A | Interest | L | T | Buy | 9/26 | L | | |
| 49. Proshares Ultra Short Russell | | None | | | Buy | 8/20 | L | | |
| 50. | | | | | Sell | 9/12 | L | | |
| 51. Southern Copper Corp. | A | Dividend | | | Buy | 6/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sell | 8/21 | K | | |
| 53. Select Sector, SPDR Util. | | None | K | T | Buy | 12/10 | K | | |
| 54. United Parcel Service Inc. | A | Dividend | K | T | Buy | 8/3 | K | | |
| 55. U.S. Treasury Bond 5/375% | A | Interest | L | T | Buy | 4/30 | L | | |
| 56. U.S. Treasury Bond 7.25% | A | Interest | L | T | Buy | 9/20 | L | | |
| 57. (PERSONAL HOLDINGS): █ | | | | | | | | | |
| 58. Money Market Funds $4,300.00 Sterne, Agee | A | Interest | J | T | | | | | |
| 59. Torchmark Corp | B | Dividend | L | T | | | | | |
| 60. Waddell & Reed Finl Inc Cl A | A | Dividend | | | Partial sale | 2/7 | J | C | |
| 61. | | | | | Sell | 2/16 | J | C | |
| 62. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 63. 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | See Section VIII |
| 64. 12.5% interest in house, Ada AL | | None | L | W | | | | | |
| 65. Hancey Mill Road Farm, L.L.C. | | None | M | R | Gift | 12/31 | M | | See Section VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | L =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dubina, Joel F | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. Investments and Trusts.

Nos. 8. & 63.     Property located in Montgomery County, AL; Walton County, FL; Lowndes County, AL

Nos. 9. & 65.     Effective December 31, 2007, I gifted my interest in Part VII., line 9, land in Montgomery County, equally to ███████████████. I formed an L.L.C. named "Hancey Mill Road Farm, L.L.C." My 50% interest in the land was deeded into Hancey Mill Road Farm, L.L.C. and then gifted to ██████████ ██████████ in equal shares. The total value of this property at the time it gifted was $790,000 to be equally shared by the 4.   I filed a gift tax return showing this transfer on 4/15/08.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS ~~VIL~~
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544